IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Case No. 10-cv-00543-WDM

MDM GROUP ASSOCIATES, INC.,

    Plaintiff,

v.

CUSTOMIZED SERVICES ADMINISTRATORS, INC.,

    Defendant.

_____

**ORDER OF RECUSAL**
_____

Pursuant to 28 U.S.C. § 455 the undersigned recuses himself for service in the above captioned matter because of his former relationship with one or more of the involved attorneys and directs that this case be returned to the Clerk for reassignment by random draw.

DATED at Denver, Colorado, on March 10, 2010

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge